# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 36 CFR 2.34(a)(4) Disorderly Conduct, Creating and Maintaining a Hazardous Condition (Class-B Misdemeanor)
Count Two: 36 CFR 4.10(a) Operating a motor vehicle off designated roads and parking areas (Class-B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:  Max. Imprisonment: 6 months imprisonment,
Max. Fine: $5,000 fine,
Max. Probation: 5 years probation,
Mandatory special assessment fee. $10

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ KYLE SEAN CHAPMAN

DISTRICT COURT NUMBER
**CR18    0364**   MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): DENISE M. OKI

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
AUG 14 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                                    Before Judge:

Comments:

1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  DENISE M. OKI (CABN 311212)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7196
7       FAX: (415) 436-7234
        Email: denise.oki@usdoj.gov
8
   Attorneys for United States of America

**FILED**

AUG 1 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MAG**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. **CR18  0364** |
| Plaintiff, ) | |
| v. ) | VIOLATIONS: <br> 36 C.F.R. § 2.34(a)(4) - Disorderly Conduct (Class B Misdemeanor); <br> 36 C.F.R. § 4.10(a) - Operating a Motor Vehicle off Designated Roads and Parking Areas (Class B Misdemeanor) <br><br> SAN FRANCISCO VENUE |
| KYLE SEAN CHAPMAN, ) | |
| Defendant. ) | |

**INFORMATION**

The United States Attorney charges:

<u>COUNT ONE</u>: (36 C.F.R. § 2.34(a)(4) – Disorderly Conduct)

On or about December 9, 2017, in the Northern District of California, within the Golden Gate National Recreation Area, the defendant,

KYLE SEAN CHAPMAN,

knowingly and recklessly created a risk of jeopardy and violence, did create and maintain a hazardous condition, to wit, driving a motor vehicle off the road near pedestrians, in violation of Title 36, Code of Federal Regulations, Section 2.34(a)(4), a Class B misdemeanor.

COUNT TWO: (36 C.F.R. § 4.10(a) – Operating a Motor Vehicle Off Designated Roads and Parking Areas)

On or about December 9, 2017, in the Northern District of California, within the Golden Gate National Recreation Area, the defendant,

KYLE SEAN CHAPMAN,

operated a motor vehicle off the designated road and parking areas that was not designated for off road use, in violation of Title 36, Code of Federal Regulations, Section 4.10(a), a Class B misdemeanor.

DATED: 8/14/18

ALEX G. TSE
United States Attorney

LAURA VARTAIN
Deputy Chief, General Crimes

(Approved as to form: *Denise Oki* )
DENISE M. OKI
Special Assistant United States Attorney

INFORMATION                                                          V. 7/10/2018