

| Type: Other weapon, Make: BILLY CLUB, Model: SMALL, Original Color1: Black, Quantity: 1 Classification: Evidence; Seized Evidence No. 1 |||
|---|---|---|
| Photo 1 of 1 || Created by: #396 SALVINI, J., Data Type: JPG, Remarks: Billy Club from Key Chain |
| Date in IMARS 12/09/2017 22:21 | Date of Photo | |



Try Prime | Sports & Outdoors

3% Back at Amazon.com

Deliver to Daniel
San Franc... 94102

Buy Again | Your Pickup Location | EN | Hello, Daniel Account & Lists | Orders | Try Prime | 0 Cart

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Clothing, Shoes & Jewelry › Men › Accessories › Keyrings & Keychains

Roll over image to zoom in

# Self Defense Stick Glowiny Kubaton Keychain Aluminum Tactical Kubotan Keyring (Black, 4 Packs)

by Glowiny

22 customer reviews
| 5 answered questions

Price: $9.99 & **FREE Shipping**. Details

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

| Try Fast, Free Shipping

- 6061 aircraft aluminum - Makes the kubaton self defense keychain lightweight, sturdy and nonlethal so that you can take it with you every day and defend yourself without using excessive force.
- Finger grooves - Fit your hands securely and allow a great grip, when you are in danger, Never lost your self defense weapons in the emergency time.
- Pointed round tip - Delivers a devastating but nonlethal blow to an assailant even with minimal force and keeps you out of legal issues that may arise.
- Dark black - Makes the self defense keychain for women inconspicuous and makes for a surprise attack.
- Metal keyring - Comes with a key ring so that the kubotan could be attached to daily keys or the women bag for round-the-clock personal protection.

**New** (1) from $9.99 & FREE shipping.

Report incorrect product information.

prime student College student? Get FREE shipping and exclusive deals LEARN MORE

**Our New Year, New You Ambassadors**

Adriana Lima | James Harden | Zac Efron

Share

$9.99
& **FREE Shipping**. Details
**Get it Tue, Jan 22 - Fri, Jan 25** if you choose **FREE Shipping** at checkout, or
**Get it Tomorrow, Jan 17** if you order within 1 hr 35 mins and choose paid **One-Day Shipping** at checkout

In Stock.
Sold by Glowiny and Fulfilled by Amazon. Gift-wrap available.

Qty: 1

Add to Cart

Deliver to Daniel -
San Francisco 94102

Add to List

Have one to sell? Sell on Amazon

1/16/2019 Amazon.com: Self Defense Stick Glowiny Kubaton Keychain Aluminum Tactical Kubotan Keyring (Black, 4 Packs): Sports & Outdoors

Case 3:18-cr-00364-EDL Document 9-1 Filed 01/18/19 Page 3 of 3





### Frequently bought together



Total price: **$27.97**

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

- ☑ **This item:** Self Defense Stick Glowiny Kubaton Keychain Aluminum Tactical Kubotan Keyring (Black, 4 Packs)  $9.99
- ☑ SABRE 3-IN-1 Pepper Spray - Police Strength - Compact Size with Clip (Max Protection - 35 shots, up… $7.99
- ☑ Sabre Red Key Case Pepper Spray with Quick Release Key Ring - Police Strength - 25 Bursts & 10-Foot… $9.99

### Sponsored products related to this item

Page 1 of 16







| G2 GO2GETHER Carbon Lite Trekking Poles Telescopic 100% 3K Carbon Fiber/Long Soft… | Multi-function keychain for Women&Girl Zinc Alloy Cat Ear Outdoor Survival Escape t… | Fullsexy 5 Pack Self-Defence Key Chain Aluminum Anti-Wolf Defense Keychain, Ladies'… | DUUTY Self Defense Keychain Kubaton Keyring Self-Defense Chain Black & Silver with … | Wandguard Expandable Collapsible Survival Tool - 26" Retractable Telescopic Stick f… |
|---|---|---|---|---|
| 21 | | 16 | 3 | 14 |
| $48.97 | $17.99 | $8.99 | $5.99 | $31.45 |

Ad feedback

### Customers who bought this item also bought

Page 1 of 18






| Brother Max Baby Milk Powder Formula Dispenser Snack Cup, Blue/Green. | Self Defense Keychain Odowalker Kubaton Solid Full Stainless Steel Key Chain Tactical Pen… | DUUTY Self Defense Keychain Kubaton Weapon Aluminum Anti Wolf Tool Keyring for Women… | Fullsexy 5 Pack Self-Defence Key Chain Aluminum Anti-Wolf Defense Keychain,… |
|---|---|---|---|
| 11 | 16 | 2 | 16 |
| $9.99 | $11.98 | $8.99 | $8.99 |

### Special offers and product promotions

- Buy Two self defense keychain can get One Personal alarm  Here's how  (restrictions apply)
- **Your cost could be $0.00 instead of $9.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**  Apply now