IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE CHAPMAN,<br><br>    Defendant. | **Case No.:** CR 18–0364 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING RECORD** |

1  Due to oversight, the record in the above-captioned case inadvertently fails to reflect the
2  government's dismissal of Count One of the Information and the option of Defendant Kyle
3  Chapman to complete 50 hours of community service at the direction of U.S. Probation in lieu
4  of paying a $500 fine. Accordingly, the parties stipulate and jointly request that the Court
5  clarify the record as to each omission and issue an amended judgment reflecting that
6  clarification.

IT IS SO STIPULATED.

| May 10, 2019 | DAVID ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
DENISE OKI
Special Assistant United States Attorney

| May 10, 2019 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

| Dated | ELIZABETH D. LAPORTE |
| | United States District Judge |