1
2
3
4       IN THE UNITED STATES DISTRICT COURT
5       FOR THE NORTHERN DISTRICT OF CALIFORNIA
6       SAN FRANCISCO DIVISION
7
8
9   UNITED STATES OF AMERICA,                  **Case No.:** CR 18–0364 EDL
10          Plaintiff,                          **STIPULATION AND [PROPOSED]**
                                                **ORDER CLARIFYING RECORD**
11      v.
12  KYLE CHAPMAN,
13          Defendant.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Due to oversight, the record in the above-captioned case inadvertently fails to reflect the government's dismissal of Count One of the Information and the option of Defendant Kyle Chapman to complete 50 hours of community service at the direction of U.S. Probation in lieu of paying a $500 fine. Accordingly, the parties stipulate and jointly request that the Court clarify the record as to each omission and issue an amended judgment reflecting that clarification.

IT IS SO STIPULATED.

| | |
|---|---|
| May 10, 2019<br>Dated | DAVID ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S/<br>DENISE OKI<br>Special Assistant United States Attorney |
| May 10, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S/<br>DANIEL P. BLANK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

May 13, 2019
Dated

ELIZABETH D. LAPORTE
United States District Judge